



★ ★ ★                                                       ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00673-CV

**MORGAN ENGINEERING SYSTEMS, INC.**,
Appellant

v.

Patricia M. **GALINDO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 08-02-23240-MCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: February 3, 2010

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.

42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the

assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent

agreement of the parties, costs are taxed against appellant).

PER CURIAM